CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent, v. SARAH B. RUSSELL et al., Defendants, and DAVID F. COHEN, as Guardian ad Litem for ADELE CAREW et al., Infants, Defendants-Appellants.

Argued January 11, 1943; decided March 4, 1943.

*David F. Cohen* for appellants.

*Hersey Egginton, Albert B. Maginnes, T. R. Iserman* and *Edward H. Lockwood* for respondent.

*Leo P. Dorsey* and *F. W. H. Adams* for New York State Bankers Association, *amicus curiæ,* in support of respondent's position.

Judgment affirmed with costs payable out of the trust fund. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.